

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-12-00163-CV**

IN RE KAVEH BARAKHSHAN AND                      RELATORS
HAMID BARAKHSHAN

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus and temporary relief and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus and temporary relief is denied.

PER CURIAM

PANEL: GABRIEL, WALKER, and MCCOY, JJ.

DELIVERED: April 26, 2012

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).